## Utsey et al. *v.* Melvin, Appellant.

Argued December 14, 1965. *Gerald J. Cohen,*

for appellant; *Edwin E. Naythons,* with him *Freedman, Borowsky and Lorry,* for appellees.

Judgment affirmed.

FLOOD, J., absent.